EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT  #3753
Assistant U.S. Attorney

CRAIG H. NAKAMURA  #3008
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:   craig.nakamura@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 2 5 2003

at 11 o'clock and 30 min. WM
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR03-00553 SOM |
| Plaintiff, ) | INDICTMENT |
| vs. ) | [18 U.S.C. § 1344] |
| ANTONIO OSORIO-HAN,       (01) ) <br> MARCO CARRILLO-ESQUIVEL, (02) ) <br> EULISES GALLARDO, and     (03) ) <br> PABLO RUIZ,               (04) ) <br> Defendants. ) | |

INDICTMENT

The Grand Jury charges that:

COUNTS 1 THROUGH 20

1.    From a time unknown to the Grand Jury, but by on or about February 21, 2001, and continuing at least through on or about February 23, 2001, in the District of Hawaii, Defendants

ANTONIO OSORIO-HAN, MARCO CARRILLO-ESQUIVEL, EULISES GALLARDO, PABLO RUIZ, and others known and unknown to the Grand Jury, devised a scheme and artifice to defraud City Bank, a financial institution, and to obtain moneys, funds, and other property owned by, and under the care custody and control of, City Bank, by means of material false and fraudulent pretenses and representations.

2. As part of the scheme and artifice to defraud and to obtain moneys, funds, and other property of City Bank by means of material false and fraudulent pretenses and representations, Defendants ANTONIO OSORIO-HAN, MARCO CARRILLO-ESQUIVEL, EULISES GALLARDO, and PABLO RUIZ did a number of things in the District of Hawaii, including the following:

a. Defendants fraudulently cashed checks they knew were counterfeit and forged. The counterfeit checks were made to resemble payroll checks from a business that had an account with City Bank. The counterfeit checks were drawn on the business' City Bank account and included the correct City Bank account number.

b. Defendants and other participants in the scheme went to several different branches of City Bank to cash the counterfeit checks. Defendants cashed counterfeit checks that were made payable in the names of other people. For example, Defendant ANTONIO OSORIO-HAN cashed checks made payable

to "Pedro Marquez;" Defendant MARCO CARRILLO-ESQUIVEL cashed checks made payable to "Francisco Munos Bentura;" Defendant EULISES GALLARDO cashed checks made payable to "Sebastian Mora;" and Defendant PABLO RUIZ cashed checks made payable to "Carlos Soliz." Defendants used fraudulent Alien Registration Cards for identification in cashing the counterfeit checks.

    c.    As a result of Defendants' fraudulent actions, City Bank suffered substantial losses.

    3.    On or about the dates set forth in tabular form below, in the District of Hawaii, Defendant ANTONIO OSORIO-HAN, MARCO CARRILLO-ESQUIVEL, EULISES GALLARDO, and PABLO RUIZ did knowingly execute a scheme and artifice to defraud City Bank, and to obtain the moneys, funds, and other property owned by, and under the custody and control of, City Bank, by means of material false and fraudulent pretenses and representations, which scheme and artifice is described in Paragraphs 1 through 2 above; in that Defendants ANTONIO OSORIO-HAN, MARCO CARRILLO-ESQUIVEL, EULISES GALLARDO, and PABLO RUIZ, acting with the intent to defraud, cashed counterfeit checks at various branches of City Bank, with each transaction involving the cashing of checks identified in tabular form below representing a separate count of this Indictment:

CHECKS CASHED BY DEFENDANT ANTONIO OSORIO-HAN

| COUNT | DATE CHECK CASHED | CHECK NUMBER | PAYEE ON CHECK | CHECK AMOUNT | BANK BRANCH |
|---|---|---|---|---|---|
| 1 | 02/22/01 | 502054 | Pedro Marquez | $697.76 | McCully |
| 2 | 02/22/01 | 502046 | Pedro Marquez | $697.76 | University |
| 3 | 02/22/01 | 502177 | Pedro Marquez | $697.76 | Kapalama |
| 4 | 02/22/01 | 502048 | Pedro Marquez | $697.76 | Waikiki |
| 5 | 02/22/01 | 502179 | Pedro Marquez | $697.76 | Waikiki |

CHECKS CASHED BY DEFENDANT MARCO CARRILLO-ESQUIVEL

| COUNT | DATE CHECK CASHED | CHECK NUMBER | PAYEE ON CHECK | CHECK AMOUNT | BANK BRANCH |
|---|---|---|---|---|---|
| 6 | 02/22/01 | 501990 | Francisco Munos Bentura | $681.61 | University |
| 7 | 02/22/01 | 502137 | Francisco Munos Bentura | $681.61 | University |
| 8 | 02/22/01 | 501993 | Francisco Munos Bentura | $681.61 | Kapalama |
| 9 | 02/22/01 | 502129 | Francisco Munos Bentura | $689.61 | Kapalama |
| 10 | 02/22/01 | 501992 | Francisco Munos Bentura | $681.61 | McCully |

CHECKS CASHED BY DEFENDANT EULISES GALLARDO

| COUNT | DATE CHECK CASHED | CHECK NUMBER | PAYEE ON CHECK | CHECK AMOUNT | BANK BRANCH |
|---|---|---|---|---|---|
| 11 | 02/22/01 | 502024 | Sebastian Mora | $694.75 | Kapalama |
| 12 | 02/22/01 | 502026 | Sebastian Mora | $694.75 | Waikiki |
| 13 | 02/22/01 | 502168 | Sebastian Mora | $694.75 | Waikiki |

| COUNT | DATE CHECK CASHED | CHECK NUMBER | PAYEE ON CHECK | CHECK AMOUNT | BANK BRANCH |
|---|---|---|---|---|---|
| 14 | 02/23/01 | 502027 | Sebastian Mora | $694.75 | University |
| 15 | 02/23/01 | 502167 | Sebastian Mora | $694.75 | University |

CHECKS CASHED BY DEFENDANT PABLO RUIZ

| COUNT | DATE CHECK CASHED | CHECK NUMBER | PAYEE ON CHECK | CHECK AMOUNT | BANK BRANCH |
|---|---|---|---|---|---|
| 16 | 02/22/01 | 502019 | Carlos Soliz | $680.50 | Kahala |
| 17 | 02/22/01 | 502139 | Carlos Soliz | $680.50 | Kahala |
| 18 | 02/22/01 | 502018 | Carlos Soliz | $680.50 | Kapalama |
| 19 | 02/22/01 | 502140 | Carlos Soliz | $680.50 | Kapalama |
| 20 | 02/23/01 | 502145 | Carlos Soliz | $680.50 | Kapahulu |

All in violation of Title 18, United States Code, Section 1344.

### COUNTS 21 THROUGH 28

4.  From a time unknown to the Grand Jury, but by on or about April 4, 2001, and continuing at least through on or about April 5, 2002, in the District of Hawaii, Defendants ANTONIO OSORIO-HAN, MARCO CARRILLO-ESQUIVEL, EULISES GALLARDO, PABLO RUIZ, and others known and unknown to the Grand Jury, devised a scheme and artifice to defraud First Hawaiian Bank, a financial institution, and to obtain moneys, funds, and other property owned by, and under the care custody and control of,

First Hawaiian Bank, by means of material false and fraudulent pretenses and representations.

    5. As part of the scheme and artifice to defraud and to obtain moneys, funds, and other property of First Hawaiian Bank by means of material false and fraudulent pretenses and representations, Defendants ANTONIO OSORIO-HAN, MARCO CARRILLO-ESQUIVEL, EULISES GALLARDO, and PABLO RUIZ did a number of things in the District of Hawaii, including the following:

    a. Defendants fraudulently cashed checks they knew were counterfeit and forged. The counterfeit checks were made to resemble payroll checks from a business that had an account with First Hawaiian Bank. The counterfeit checks were drawn on the business' First Hawaiian Bank account and included the correct First Hawaiian Bank account number.

    b. Defendants and other participants in the scheme went to different branches of First Hawaiian Bank to cash the counterfeit checks. Defendants cashed counterfeit checks that were made payable in the names of other people. For example, Defendant ANTONIO OSORIO-HAN cashed checks made payable to "Noe Diaz;" Defendant MARCO CARRILLO-ESQUIVEL cashed checks made payable to "Marcos Perez;" Defendant EULISES GALLARDO cashed checks made payable to "Sebastian Mora;" and Defendant PABLO RUIZ cashed checks made payable to "Jose Rios." Defendants used

fraudulent Alien Registration Cards for identification in cashing the counterfeit checks.

  c. As a result of Defendants' fraudulent actions, First Hawaiian Bank suffered substantial losses.

  6. On or about the dates set forth in tabular form below, in the District of Hawaii, Defendants ANTONIO OSORIO-HAN, MARCO CARRILLO-ESQUIVEL, EULISES GALLARDO, and PABLO RUIZ did knowingly execute a scheme and artifice to defraud First Hawaiian Bank, and to obtain the moneys, funds, and other property owned by, and under the custody and control of, First Hawaiian Bank, by means of material false and fraudulent pretenses and representations, which scheme and artifice is described in Paragraphs 4 through 5 above; in that Defendants ANTONIO OSORIO-HAN, MARCO CARRILLO-ESQUIVEL, EULISES GALLARDO, and PABLO RUIZ, acting with the intent to defraud, cashed counterfeit checks at various branches of First Hawaiian Bank, with each transaction involving the cashing of checks identified in tabular form below representing a separate count of this Indictment:

CHECKS CASHED BY DEFENDANT ANTONIO OSORIO-HAN

| COUNT | DATE CHECK CASHED | CHECK NUMBER | PAYEE ON CHECK | CHECK AMOUNT | BANK BRANCH |
|---|---|---|---|---|---|
| 21 | 04/05/01 | 55048537 | Noe Diaz | $695.69 | Makiki |
| 22 | 04/05/01 | 55048678 | Noe Diaz | $695.17 | Makiki |

CHECKS CASHED BY DEFENDANT MARCO CARRILLO-ESQUIVEL

| COUNT | DATE CHECK CASHED | CHECK NUMBER | PAYEE ON CHECK | CHECK AMOUNT | BANK BRANCH |
|---|---|---|---|---|---|
| 23 | 04/05/01 | 55048485 | Marcos Perez | $695.16 | University |
| 24 | 04/05/01 | 55048598 | Marcos Perez | $690.50 | University |

CHECKS CASHED BY DEFENDANT EULISES GALLARDO

| COUNT | DATE CHECK CASHED | CHECK NUMBER | PAYEE ON CHECK | CHECK AMOUNT | BANK BRANCH |
|---|---|---|---|---|---|
| 25 | 04/05/01 | 55048561 | Sebastian Mora | $695.75 | Aina Haina |
| 26 | 04/05/01 | 55048679 | Sebastian Mora | $695.16 | Aina Haina |

//

//

//

//

//

//

//

//

//

//

//

//

CHECKS BY DEFENDANT PABLO RUIZ

| COUNT | DATE CHECK CASHED | CHECK NUMBER | PAYEE ON CHECK | CHECK AMOUNT | BANK BRANCH |
|---|---|---|---|---|---|
| 27 | 04/05/01 | 55048695 | Jose Rios | $687.25 | Makiki |
| 28 | 04/05/01 | 55048565 | Jose Rios | $685.20 | Makiki |

All in violation of Title 18, United States Code, Section 1344.

DATED: 11/25, 2003, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

CRAIG H. NAKAMURA
Assistant U.S. Attorney

9