AO 422 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

UNITED STATES OF AMERICA

V.

EULISES GALLARDO

(Name and Address of Defendant)

WARRANT FOR ARREST

Case Number: CR. 03-00553 SOM 003

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
FEB 23 2007
at 10 o'clock and 50 min. __M
SUE BEITIA, CLERK

YOU ARE HEREBY COMMANDED TO ARREST EULISES GALLARDO and bring him or her forthwith to the nearest district/ magistrate judge to answer an Indictment, charging him or her with (brief description of offense)

Bank Fraud - Counts 1 through 28

in violation of Title 18 United States Code, Section(s) 1344.

| Walter A.Y.H. Chinn | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| /s/ Barbara Yamada | November 25, 2003 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at NO BAIL        By: Kevin S. C. Chang, United States Magistrate Judge

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____ .

| Date Received | NAME AND TITLE OF ARRESTING OFFICER: Special Agent Rachel A Byrd | SIGNATURE OF ARRESTING OFFICER: /s/ Rachel A Byrd |
|---|---|---|
| Date of Arrest JAN 3 0 2004 | | |